DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SERGE LEGER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3099

[January 17, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Johnson, Judge; L.T. Case No. 501997CF011660B.

Jeremy Dicker and Robin Bresky of The Law Offices of Robin Bresky, Boca Raton, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***